**MEMO ENDORSED**

# PENACHIO MALARA, LLP
### ATTORNEYS AT LAW
245 Main Street, Suite 450
White Plains, New York 10601

FRANCIS J. MALARA*
ANNE J. PENACHIO*
_____

JENNIFER RAGGO, Paralegal
---------------------------------------------
*Also admitted in CT

Telephone (914) 946-2889
Facsimile (914) 206-4884
www.pmlawllp.com

frank@pmlawllp.com
anne@pmlawllp.com
jraggo@pmlawllp.com

June 25, 2024

**Electronically Filed and Facsimile (914) 390-4179**

The Honorable Nelson S. Roman
United States District Court for the Southern District of New York
300 Quarropas Street
White Plains, NY  10601

        Re:  *Wang v. Leo Chuliya, Ltd. et al.*
            Civil Case No.: 23-cv-02463-NSR

Dear Judge Roman:

    I serve as bankruptcy counsel to Leo Chuliya Ltd.    I am writing to advise the Court that it filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.  Attached is proof of filing.

    The automatic stay implicated by 11 U.S.C. § 362(a) applies to the instant proceeding.

                              Respectfully,

                              */s/ Anne Penachio*

                              Anne Penachio

Cc:    Aaron B. Schweitzer, Esq.
       By Electronic Mail: troylaw@troypllc.com

       Lee Sam Nuwesra, Esq.
       By Electronic Mail: lnuwesra@optonline.net

**In light of Deft Leo Chuliya, Ltd.'s filing of a petition for relief under Chapter 11 with the U.S. Bankruptcy Court, this case is STAYED. Counsel are directed to provide the Court with a written update of the bankruptcy status on or before Sept. 25, 2024.**
**Dated: White Plains, NY**
        **June 25, 2024**
SO ORDERED:

*[signature]*
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   06/25/2024

1

United States Bankruptcy Court
Southern District of New York

# Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 06/24/2024 at 11:54 AM and filed on 06/24/2024.

**Leo Chuliya Ltd**
20 N. Central Avenue
Hartsdale, NY 10530
Tax ID / EIN: 46-4946582
*dba* **Fantasy Cuisine Co.**



The case was filed by the debtor's attorney:

**Anne J. Penachio**
Penachio Malara LLP
245 Main Street
Suite 450
White Plains, NY 10601
(914) 946-2889

The case was assigned case number 24-22563-shl to Judge Sean H. Lane.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://ecf.nysb.uscourts.gov or at the Clerk's Office, 300 Quarropas Street, White Plains, NY 10601.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Vito Genna**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center |
|---|
| Transaction Receipt |

| | 06/25/2024 08:05:51 | | |
|---|---|---|---|
| **PACER Login:** | fmalara245 | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 24-22563-shl |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |